UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                                                Case No. 14 B 43903

    Miguel Benito Sosa

    Debtor(s)

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

    Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

    1) The case was filed on 12/09/2014.

    2) The plan was confirmed on 04/29/2015.

    3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

    4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/12/2016, 04/19/2016.

    5) The case was Dismissed on 04/27/2016.

    6) Number of months from filing to last payment: 14.

    7) Number of months case was pending: 18.

    8) Total value of assets abandoned by court order: NA.

    9) Total value of assets exempted: NA.

    10) Amount of unsecured claims discharged without payment: $0.00.

    11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $3,320.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $3,320.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,196.65 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $123.35 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,320.00

Attorney fees paid and disclosed by debtor: $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Aarons Sales And Lease Ownership | Unsecured | 1,440.00 | NA | NA | 0.00 | 0.00 |
| Atlas Acquisitions LLC | Unsecured | 0.00 | 271.45 | 271.45 | 0.00 | 0.00 |
| Barr Management | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Berwyn Police Department | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Berwyn Police Department | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CEP America - Illinois, P.C | Unsecured | 616.00 | NA | NA | 0.00 | 0.00 |
| City of Berwyn | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 4,000.00 | 2,378.60 | 2,378.60 | 0.00 | 0.00 |
| Cmre Finance (Original Creditor:Medical) | Unsecured | 1,529.00 | NA | NA | 0.00 | 0.00 |
| Cmre Financial Svcs In (Original Credito | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 642.00 | 642.27 | 642.27 | 0.00 | 0.00 |
| Cook County & Health Hospitals | Unsecured | 605.00 | NA | NA | 0.00 | 0.00 |
| Credit Management Lp (Original Creditor | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Se (Original Credito | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ER Medical Associates of Palos LTD | Unsecured | 646.18 | NA | NA | 0.00 | 0.00 |
| Ffcc-Columbus Inc (Original Creditor:Car | Unsecured | 911.00 | NA | NA | 0.00 | 0.00 |
| H&F Law (Original Creditor:Tcf National | Unsecured | 346.00 | NA | NA | 0.00 | 0.00 |
| Harris & Harris Ltd (Original Creditor:P | Unsecured | 988.00 | NA | NA | 0.00 | 0.00 |
| Harris & Harris Ltd (Original Creditor:P | Unsecured | 860.00 | NA | NA | 0.00 | 0.00 |
| I C System (Original Creditor:10 Peoples | Unsecured | 1,017.00 | NA | NA | 0.00 | 0.00 |
| ICS Collection Services | Unsecured | 853.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Se (Original Credito | Unsecured | 654.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Se (Original Credito | Unsecured | 1,803.00 | NA | NA | 0.00 | 0.00 |
| Illinois Laboratory Medicine Assoc | Unsecured | 64.00 | NA | NA | 0.00 | 0.00 |
| Illinois Tollway | Unsecured | 1,642.00 | 1,642.10 | 1,642.10 | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 5,593.00 | 6,191.03 | 6,191.03 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 833.00 | 832.88 | 832.88 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 817.00 | 816.90 | 816.90 | 0.00 | 0.00 |
| MacNeal Hospital | Unsecured | 1,056.00 | NA | NA | 0.00 | 0.00 |
| Mcsi Inc (Original Creditor:01 Village O | Unsecured | 259.00 | NA | NA | 0.00 | 0.00 |
| Merchants Credit Guide | Unsecured | 1,590.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Merchants Credit Guide (Original Credito | Unsecured | 490.00 | NA | NA | 0.00 | 0.00 |
| Merchants Credit Guide (Original Credito | Unsecured | 490.00 | NA | NA | 0.00 | 0.00 |
| Merchants Credit Guide (Original Credito | Unsecured | 574.00 | NA | NA | 0.00 | 0.00 |
| Metropolitan Advanced Rad Srvc | Unsecured | 44.00 | NA | NA | 0.00 | 0.00 |
| Municollofam (Original Creditor:04 Villa | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Municollofam (Original Creditor:05 Armc | Unsecured | 1,203.00 | NA | NA | 0.00 | 0.00 |
| North Riverside Police Dept | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Palos Community Hopsital | Unsecured | 3,664.00 | NA | NA | 0.00 | 0.00 |
| Penn Credit | Unsecured | 176.00 | NA | NA | 0.00 | 0.00 |
| Radiology & Nuclear Consults | Unsecured | 41.00 | NA | NA | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 286.99 | NA | NA | 0.00 | 0.00 |
| SCR Laboratory Physicians | Unsecured | 146.00 | NA | NA | 0.00 | 0.00 |
| Staniscccontr (Original Creditor:Medical) | Unsecured | 2,416.00 | NA | NA | 0.00 | 0.00 |
| The Town of Cicero | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Titlemax Of Illinois Inc d/b/a TitleMax | Secured | 900.00 | 928.88 | 900.00 | 0.00 | 0.00 |
| Titlemax Of Illinois Inc d/b/a TitleMax | Unsecured | 2,552.00 | 28.88 | 28.88 | 0.00 | 0.00 |
| Trust Rec Sv (Original Creditor:Medical) | Unsecured | 420.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $900.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$900.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$12,804.11** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,320.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS**: | **$3,320.00** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/20/2016                                  By: /s/ Marilyn O. Marshall
                                                                        Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**